■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v WILLIAM NEHRBASS, Respondent. [864 NYS2d 379]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered June 8, 2007. The order granted the motion of defendant pursuant to CPL 330.30 (1) to set aside the verdict and ordered a new trial.

It is hereby ordered that the order so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST E. LANE, JR., Appellant. [864 NYS2d 378]—Appeal from a judgment of the Livingston County Court (Dennis S. Cohen, J.), rendered April 26, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.